**Order entered September 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01504-CV

**KATRINA MCPHERSON, Appellant**

**V.**

**MELISSA LOPEZ, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-05725-E**

## ORDER

Before the Court is appellant's September 16, 2019 third motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **October 15, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE